RICHARD E. DONALDSON, ESQ.
Bar # 1095
4030 South Jones Blvd.
P.O. Box 30697
Las Vegas, Nevada 89173-8801
☎ (702) 382-6370 ✆ Fax (702) 382-0836
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| PAUL MISKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:19-cv-00027-JCM-VCF |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF

TIME TO FILE A MOTION FOR REVERSAL AND/OR REMAND

(First Request)

Plaintiff, RANDY G WILLIAMS by and through his attorney of record, RICHARD E. DONALDSON, ESQ., respectfully requests an extension of time of an additional thirty (30) days, to and including Monday June 10, 2019, in which to file a Motion for Reversal and/or Remand. Mr. Miskey seeks judicial review of the Commissioner's decisions that Social Security overpaid and even if it did, recoupment would be against equity and good conscience. 42 U.S.C. §404(b) and 20 C.F.R. § 404.506.

This request is necessary so that the Plaintiff can finish the summary, research and writing, which has taken much longer than anticipated. At the present time, Plaintiff's deadline to file the Motion for Reversal and/or Remand is three days from today, May 10,

1. 2019, and counsel will undoubtedly be unable to finish the brief by Monday.
2.     Counsel has spoken to Special Assistant United States Attorney from the Office of
3. General Counsel Chantal Jenkins who stated she had no objection to granting this
4. extension.

    RESPECTFULLY SUBMITTED this 10TH day of May, 2019.

    RICHARD E. DONALDSON, ESQ.,CHTD.

By: /S/ *Richard E. Donaldson*
    RICHARD E. DONALDSON, ESQ.
    Nevada Bar No. 1095
    Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-13-2019