NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

Chantal R. Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PAUL N. MISKEY,                          )
                                )   Case No.: 2:19-cv-00027-JCM-VCF
      Plaintiff,                         )
                                  )   **MOTION FOR EXTENSION OF TIME**
        v.                              )   **(DEFENDANT'S FIRST REQUEST)**
                                  )
ANDREW SAUL[1],                          )
Commissioner of Social Security,         )
                                  )
      Defendant.                         )
_____ )

      Defendant, Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests

that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or

Remand by thirty days from July 10, 2019 to August 9, 2019. Defendant's counsel has reviewed

Plaintiff's brief and it raises unique issues that counsel needs additional time to research. Since

_____

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Plaintiff filed his brief, Defendant's counsel has filed briefs in several other social security cases and been out of the office to conduct trainings for administrative law judges. Defendant's counsel has several briefs due in other social security cases within the next month and will be out of the office for work travel next week and the following week.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Counsel for Defendant contacted Plaintiff's counsel via telephone and email on July 8, and telephone on July 9, but has not received a response.

Respectfully submitted this 9th day of July 2019.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED:_____7-11-2019_____

CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**CM/ECF:**

Richard E. Donaldson
Richard E. Donaldson, Esq., Chtd.
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102

Dated this 9th day of July 2019.

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney