NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

Chantal R. Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL N. MISKEY, | ) |
| | ) Case No.: 2:19-cv-00027-JCM-VCF |
| Plaintiff, | ) |
| | ) **MOTION FOR EXTENSION OF TIME** |
| v. | ) **(DEFENDANT'S SECOND REQUEST)** |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Defendant, Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand by twenty-one days from August 9, 2019 to August 30, 2019. Defendant's counsel requests additional time because she is in the process of conferring with her client and in settlement discussions with Plaintiff's counsel to determine if this matter can be resolved. The additional requested time would also allow counsel to complete a response to the pending motion for summary judgment if this matter cannot be resolved. Defendant's counsel will endeavor to complete these tasks as soon as

possible.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Counsel for Defendant spoke with Plaintiff's counsel via telephone and counsel does not object to the extension.

Respectfully submitted this 8th day of August 2019.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-23-2019

# CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**CM/ECF:**

Richard E. Donaldson
Richard E. Donaldson, Esq., Chtd.
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102

Dated this 8th day of August 2019.

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

3