Richard E. Donaldson, Esq.
4030 South Jones Blvd.
Nevada Bar No. 1095
P.O. Box 30697
Las Vegas, Nevada 89117-8808
(702) 382-6370
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * * *

PAUL MISKEY )
                                Plaintiff, )
vs. )
                                       ) Case No. 2:19-cv-00027-JCM-VCF
ANDREW SAUL, COMMISSIONER )
OF SOCIAL SECURITY, )
                                Defendant. )

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION.

(First Request)

The Magistrate Judge filed his Report and Recommendation (Report) on Wednesday, January 15, 2020. According to the notice of electronic filing, objections to the Report are to be submitted by Today, January 29, 2020.

The plaintiff, Paul Maskey, respectfully moves for a 30-day extension of time within which to file his Exceptions to the Magistrate Judge's Report and Recommendation. Good cause exists for the requested extension because Undersigned Counsel's (Counsel) computer suffered a catastrophic failure on January 10. Technicians made daily unsuccessful attempts to cure the break down. I purchased a replacement computer on January 15, 2020. This computer is no better than the one it replaced. As of today, the new computer cannot access the Internet unless a technician is standing by, and nearly all

the software used for legal work is not functional because of its reliance on the Internet. Purchasing a second replacement computer, reinstalling and relicensing software programs will take days.

There are also objectionable issues in the Report, including 1) The Report reached the denial decision without benefit of Plaintiff's Reply to the Commissioner's Motion to Remand (ECF No. 19); 2) The Commissioner's motion violates the provisions of sentence four of 42 U.S.C. 405 (g); 3) Remand to rewrite the administrative decision does not constitute development; 4) The Commissioner's motion does not meet the criteria of this court's order regarding social security cases, (ECF No. 8); 5) The facts and events now contained in the record suffice to resolve the issues presently before the court 6); case development requires no further unnecessary and counterproductive proceedings; and 7) the Report raises collateral Constitutional issues that require time to research and present.

Counsel spoke with Chantal Jenkins, Esq. Counsel for the Commissioner who had no objection to this motion. Should the requested extension be granted, the petition would be due on Thursday, February 27, 2020.

For the foregoing reasons, Mr. Miskey respectfully submits that a 30-day extension of the due date for filing Objections to the Magistrate Judge's Report and Recommendation should be granted and other deadlines be adjusted accordingly.

Dated this 29th day of January 2020.

RICHARD E. DONALDSON, ESQ.

/s/ Richard E. Donaldson

RICHARD E. DONALDSON, ESQ.
Nevada Bar No. 1095
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED __ February 13, 2020 _____